RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

Cause No. _____

IN THE

**TEXAS COURT OF CRIMINAL APPEALS**

---

TRIAL No. CR-13-214

FILED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| JAMES EARL PILAND<br>Petitioner | §<br>§ | IN THE 4th |
| v. | §<br>§ | JUDICIAL DISTRICT COURT |
| THE STATE OF TEXAS<br>Respondent | §<br>§ | OF RUSK COUNTY, TEXAS |

---

## PRO-SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGE(S) OF SAID COURT:

COMES NOW, James Earl Piland, Petitioner, pro-se in the above styled and numbered cause, and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petitioner's Petition For Discretionary Review. The Petitioner would show the following in support:

1. The style and appeal number in the Sixth Court of Appeals is:

JAMES EARL PILAND vs. THE STATE OF TEXAS, Appeal No. 06-14-00063-CR.

2. The Petitioner moves that, pursuant to Rule 2, Rules of Appellate Procedure, this Court could suspend Rule 9.3(b) T.R.A.P., which requires the filing of eleven (11) copies of the Petition For Discretionary Review with this Court.

3. The facts relied upon to show good cause for this request is that the Petitioner is indigent, is incarcerated, is not permitted to earn or handle money, does not have access to a copy machine, and is unable to obtain a loan due to inability to reimburse it.

WHEREFORE, ALL PREMISES CONSIDERED, the Petitioner respectfully requests

-1-

this Honorable Court grant leave for the Petitioner to file an original copy only of the Petition For Discretionary Review with the Court.

Respectfully Submitted, _James Piland_

James Piland, TDCJ-CID #1919190
Mac Stringfellow Unit
1200 F.M. 655
Rosharon, Texas 77583

## CERTIFICATE OF SERVICE

The Petitioner certifies that a true and correct copy of the above Motion has been served by placing copies of the same, first class mail, postage prepaid, addressed to the following:

STATE PROSECUTING ATTORNEY
P.O. Box 12405, CAPITOL STATION
AUSTIN, TEXAS 78711

AND TO

RUSK COUNTY ATTORNEY
COURTHOUSE
115 MAIN STREET, ROOM 302
HENDERSON, TEXAS 75652

EXECUTED on this the 12 day of May , 2015.

_James Piland_

James Piland, TDCJ-CID #1919190
PETITIONER, PRO-SE